IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SALVADOR CERVANTES,** | 2:15-cv-02686 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **SALAZAR,** | |
| Defendant. | |

Good cause having been shown, Defendants are permitted to conduct the deposition of Plaintiff Salvador Cervantes (AU4234) by videoconference.

Dated: June 24, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

SA2018303700
13825892.docx

1